**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**G & G CLOSED CIRCUIT EVENTS, LLC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THAO XUAN VO, ET AL.,<br><br>Defendants. | Case No. CV 10-05720-LHK<br><br>**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**<br><br>**as modified by the Court** |

**ORDER (Proposed)**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 1**

**twenty (20) days**

Plaintiff is granted an additional ~~thirty (30) days~~ from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendants Thao Xuan Vo and Young Ng Nguyen , where service has not been made or service by publication requested.

**No further extensions will be granted.**

**IT IS SO ORDERED**:

*Lucy H. Koh*   Date: April 22, 2011

**Honorable Lucy H. Koh**
**United States District Court Judge**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER (~~Proposed~~) GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 2**