**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

IT IS SO ORDERED
Judge Edward J. Davila
6/2/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**THAO XUAN VO, et al.**<br><br>Defendants. | Case No. 5:10-cv-05720-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

 **NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendant: **Thao Xuan Vo, individually and d/b/a Vong Cat**, <u>only</u>.

 This Dismissal is made pursuant to FRCP 41 (a)

Respectfully submitted,

Dated:  June 1, 2011         */s/ Thomas Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C**.
By:  Thomas P. Riley, Esquire
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 1, 2011 I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Thao Xuan Vo (Defendant)
171 Branham Lane #10144
San Jose, CA 95136

Young Ng Nguyen (Defendant)
15044 Chealsea Drive
San Jose, CA 95124

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 1, 2011, at South Pasadena, California.

Dated: June 1, 2011                    */s/ Maria Baird*
                                        MARIA BAIRD